**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

IN THE MATTER OF THE TRACKING        :        CRIMINAL NO: 3:22MJ109 (SDV)
OF THE TARGET VEHICLE                       :

**GOVERNMENT'S FOURTH MOTION FOR**
**EXTENSION OF DELAYED NOTICE**

The Government respectfully moves for a fifth extension of delayed notice of the search warrant authorized in this case for 30 days, to and including September 14, 2022.

**I.    Background**

On February 2, 2022, this Court authorized a search warrant for the installation of a GPS device on a vehicle, described here as the **Target Vehicle**. In its application, the Government requested delayed notice for 30 days under 18 U.S.C. § 3103a(b). Specifically, the affiant noted that:

> In accordance with 18 U.S.C. § 3103a(b) and Federal Rule of Criminal Procedure 41(f)(3), I request that the warrant delay notification of the execution of the warrant for a period of 30 days after the end of the authorized period of tracking (including any extensions thereof) because there is reasonable cause to believe that providing immediate notification may have an adverse result, as defined in 18 U.S.C. § 2705. Providing immediate notice would seriously jeopardize the ongoing investigation by prematurely revealing its existence and giving suspects an opportunity to flee from prosecution, destroy or tamper with evidence, intimidate potential witnesses, notify confederates, and change patterns of behavior.

*See* Aff at ¶ 50 (currently under seal).

The Court authorized delayed notification of this warrant for 30 days, to and including April 17, 2022. On April 21, 2022, the Court authorized an extension of the delayed notification order to and including May 17, 2022. Thereafter, the Court authorized a second extension of delayed notification, to and including Jun 16, 2022. On June 8, 2022, the Court authorized a third

1

extension of delayed notification, to and including July 16, 2022. On July 15, 2022, the Court authorized a fourth extension of delayed notification, to and including August 15, 2022.

The user and operator of the **Target Vehicle** remains the target of an ongoing criminal investigation.

## II.     Request

Under 18 U.S.C. § 3103a(c), the Government renews its request for delayed notice, and seeks to extend the notification deadline by 30 days, to and including September 14, 2022. Based on the facts outlined in the underlying affidavit of February 2, 2022, and that the Government is still actively investigating the user of the **Target Vehicle**, the Government submits that there is reasonable cause to believe that providing immediate notification of the warrant may have an adverse result, as defined in 18 U.S.C. § 2705. Providing immediate notice to the user of the **Target Vehicle** would seriously jeopardize the ongoing investigation, because such a disclosure would give that person an opportunity to destroy evidence, change patterns of behavior, notify confederates, and flee from prosecution. *See* 18 U.S.C. § 3103a(b)(1).

## III.     Conclusion

For the foregoing reasons, the Government respectfully moves to delay the notice requirement for the search warrant authorized in this case for an additional 30 days, to and including September 14, 2022.

VANESSA ROBERTS AVERY

UNITED STATES ATTORNEY

/s/    *Nathaniel J. Gentile*
NATHANIEL J. GENTILE
ASSISTANT UNITED STATES ATTORNEY

> Federal Bar No. ct28860
> 157 Church Street, 25th Floor
> New Haven, CT 06510
> (203) 821-3700